# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-1644

———————————————

TED HORN,

   Appellant,

   v.

COCA COLA COMPANY, and CNA,

   Appellees.

———————————————

On appeal from an order of the Judge of Compensation Claims.
Robert A. Arthur, Judge.

Date of Accident:  April 23, 1985.

October 26, 2018

PER CURIAM.

   AFFIRMED.

MAKAR, WINOKUR, and M. K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Nicolette E. Tsambis of Smith, Feddeler, & Smith, P.A., Lakeland, for Appellant.

Robin D. Black and April F. Coyne of Law Offices of Lorraine Lester, Lake Mary, for Appellees.